UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ANTHONY MELCHIONNE,<br><br>  Petitioner,<br><br>v.<br><br>JAMES E. TILTON,<br><br>  Respondent. | 1:08-cv-00863-TAG HC<br><br>ORDER TO ADMINISTRATIVELY CLOSE CASE NO. "1:08-cv-00863-TAG HC"<br><br>ORDER DIRECTING CLERK OF COURT TO FILE PETITION IN CASE NO. "1:08-cv-00863-TAG HC" AS AN AMENDED PETITION IN CASE NO. "1:08-cv-00116-OWW-DLB HC" |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition in the instant case was filed on June 19, 2008. (Doc. 1). However, previously, on January 18, 2008, Petitioner had filed a petition for writ of habeas corpus in Case No. 1:08-cv-00116-OWW-DLB. On May 14, 2008, the United States Magistrate Judge assigned to Case No. 1:08-cv-00116-OWW-DLB ordered Petitioner to file an amended petition within thirty days. (Doc. 12 in Case No. 1:08-cv-0116-OWW-DLB). It appears that the original petition filed in the instant case, Case No. 1:08-cv-00863-TAG, is in fact the amended petition that Petitioner intended to file in Case No. 1:08-cv-00116-OWW-DLB, pursuant to the May 14, 2008 order. It further appears that the Clerk of the Court inadvertently opened a new case for that amended petition and assigned it Case No. 1:08-cv-00863-TAG.

In such circumstances, the appropriate action is to administratively close Case No. 1:08-cv-00863-TAG, and to direct the Clerk of the Court to file the original petition in this case as an

1  amended petition in Case No. 1:08-cv-00116-OWW-DLB.  Accordingly, that will be the order of this
2  Court.

**ORDER**

For the foregoing reasons, it is HEREBY ORDERED as follows:

1. The Clerk of the Court is DIRECTED to file the original petition for writ of habeas corpus in Case No. 1:08-cv-00863-TAG as an amended petition in Case No. 1:08-cv-00116-OWW-DLB; and

2. The Clerk of the Court is further DIRECTED to administratively close Case No. 1:08-cv-00863-TAG.

IT IS SO ORDERED.

Dated:   **October 3, 2008**                                    **/s/ Theresa A. Goldner**
                                                                                        UNITED STATES MAGISTRATE JUDGE